**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00349-CV

### ROBY TERRILL, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND PARK PLACE MOTORCARS, LTD, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02960**

## ORDER

Before the Court is appellee Texas Workforce Commission's July 21, 2017 unopposed motion for extension of time to file its brief. We **GRANT** the motion. Appellee Texas Workforce Commission's brief shall be filed by August 30, 2017.

/s/     CRAIG STODDART
           JUSTICE